

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARGARET RHEE-KARN,

            Plaintiff,

   -against-

SUSAN CHANA LASK, ESQ., A/K/A
SUSAN LUSK, A/K/A SUSAN LESK,

            Defendant.

15 Civ. 9946 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Ms. Lask's pre-motion request for the Court's disqualification [dkt. no. 181]. Mr. Craig responded by letter dated July 30, 2019 and Ms. Lask replied by letter dated July 31, 2019 [dkt. no. 183].

    First, virtually every fact set out as to the Court's communications in Ms. Lask's letters is, at best, inaccurate.

    Second, in the Court's view, Ms. Lask has stalked the Court and chambers staff. She has alleged that she has been "informed that [the Court's] husband owned stock in [a] company" that Ms. Lask sued 17 years ago. Ms. Lask also purports to have investigated chambers IP addresses and monitored certain sites visited. Because of these actions, the matter has been referred to the United States Marshal.

Third, Ms. Lask has telegraphed additional delay and aggravation--she has threatened to seek "a hearing with Kupiec, Wollinsky [sic] and other witnesses." Messrs. Kupiec and Wolinsky are two former law clerks of the Court (neither of whom has the remotest possible connection to any fact in the underlying action). Ms. Lask purports to have called them after she had an interchange with the Court that she deemed unsatisfactory. (Ms. Lask does not explain how she just happened to contact one of the Court's former law clerks immediately after the call.) She also purports to have recorded one or both of her calls to Messrs. Kupiec and Wolinsky-- possibly an illegal and/or unethical act for a lawyer.

Accordingly, in order to avoid unnecessary, non-merits-based delay, aggravation, and further disqualification motions in light of the referral to the Marshal, the Court recuses itself from this matter.

SO ORDERED.

Dated:   New York, New York
         August 1, 2019

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge